FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 0 3 2008

JAMES W. McCORMACK, CLERK
By: _____
                              DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 4:08CR00330 BSM |
| ) | |
| DONALD BRATTON, JR. ) | 18 U.S.C. § 922(g)(1) |
| ) | 18 U.S.C. § 3013 |
| ) | 18 U.S.C. § 3571 |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

A.   That prior to February 1, 2008, in the Eastern District of Arkansas, the defendant,

**DONALD BRATTON, JR.**

had previously been convicted as follows:

1.   In Pulaski County Circuit Court, of Delivery of Methamphetamine, in criminal case 1998-3159;

2.   In Pulaski County Circuit Court, of Theft by Receiving (2 counts), in criminal case 1999-392; and,

3.   In Pulaski County Circuit Court, of Simultaneous Possession of Dugs and Firearms, of Possession of Drugs with Intent to Deliver and of beings a Felon in Possession of a Firearm, in criminal case 2003-4520.

B.   That each of the crimes set forth in paragraph A above was punishable by a term of imprisonment exceeding one year.

C.   That on or about February 4, 2008, in the Eastern District of Arkansas,

**DONALD BRATTON, JR.**

did knowingly possess at least one firearm and ammunition that had been transported in interstate commerce, to wit, a Colt .45 caliber pistol bearing serial number USMA 05059, thereby violating Title 18, United States Code, Sections 922(g)(1).

### COUNT 2

A.  That prior to February 14, 2008, in the Eastern District of Arkansas, the defendant,

**DONALD BRATTON, JR.**

had previously been convicted as follows:

1.  In Pulaski County Circuit Court, of Delivery of Methamphetamine, in criminal case 1998-3159;

2.  In Pulaski County Circuit Court, of Theft by Receiving (2 counts), in criminal case 1999-392; and,

3.  In Pulaski County Circuit Court, of Simultaneous Possession of Dugs and Firearms, of Possession of Drugs with Intent to Deliver and of beings a Felon in Possession of a Firearm, in criminal case 2003-4520.

B.  That each of the crimes set forth in paragraph A above was punishable by a term of imprisonment exceeding one year.

C.  That on or about February 14, 2008, in the Eastern District of Arkansas,

**DONALD BRATTON, JR.**

did knowingly possess ammunition that had been transported in interstate commerce, thereby violating Title 18, United States Code, Sections 922(g)(1).

End of Text.  Signature Page Attached.