# United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 10-1605
_____

| | |
|---|---|
| United States of America, | * |
| | * |
| Appellee, | * |
| | * Appeal from the United States |
| v. | * District Court for the Eastern |
| | * District of Arkansas. |
| Donald Bratton, Jr., | * |
| | * [UNPUBLISHED] |
| Appellant. | * |

_____

Submitted: July 14, 2010
Filed: July 20, 2010
_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.
_____

PER CURIAM.

     Donald Bratton, Jr., appeals the sentence that the district court[1] imposed after he pleaded guilty to being a felon in possession of a firearm, in violation 18 U.S.C. § 922(g).  Counsel has moved to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence is substantively unreasonable because the court did not properly weigh the 18 U.S.C. § 3553(a) factors.  In a pro se supplemental brief Bratton argues that the government breached its agreement to move for a reduced sentence, and counsel was ineffective.

---

     [1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.

We conclude that the district court did not abuse its discretion by imposing a substantively unreasonable sentence.  See United States v. Struzik, 572 F.3d 484, 487 (8th Cir. 2009) (standard of review).  Bratton's within-Guidelines-range sentence is presumed reasonable on appeal, and we find no indication that the court failed to consider any relevant section 3553(a) factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the factors.  Id. at 487-88 (sentence within Guidelines range is accorded appellate presumption of reasonableness; listing circumstances where court abuses its discretion, resulting in substantively unreasonable sentence).  As to the pro se arguments, we decline to consider Bratton's newly raised contention that the government breached the plea agreement, see Stone v. Harry, 364 F.3d 912, 914 (8th Cir. 2004) (declining to consider claims first raised on appeal), and Bratton's ineffective-assistance claim is not properly raised in this direct criminal appeal, see United States v. Cain, 134 F.3d 1345, 1352 (8th Cir. 1998).

Finally, having reviewed the record independently under Penson v. Ohio, 488 U.S. 75, 80 (1988), we have found no nonfrivolous issue for appeal.  Accordingly, we affirm the district court's judgment, and we grant counsel's motion to withdraw.

_____

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 20, 2010

Mr. Omar Greene
FEDERAL PUBLIC DEFENDER'S OFFICE
1401 W. Capitol
Suite 490
Little Rock, AR  72201-3325

RE:  10-1605  United States v. Donald Bratton, Jr.

Dear Counsel:

The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion. The opinion will be released to the public at 10:00a.m. today. Please hold the opinion in confidence until that time.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

Michael E. Gans
Clerk of Court

CMD

Enclosure(s)

cc:     Mr. Donald Bratton Jr.
        Mr. Jim McCormack
        Mr. John Ray White

District Court/Agency Case Number(s):   4:08-cr-00330-BSM-1