IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                          **PLAINTIFF**

v.          **CASE NO. 4:08CR00330 BSM**
                  **4:16CV00112 BSM**

**DONALD BRATTON**                                  **DEFENDANT**

## ORDER

Defendant's motion to vacate, set aside, or correct sentence based on *United States v. Johnson*, 135 S. Ct. 2551 (2015) [Doc. No. 50] is denied.

Defendant has prior convictions for first degree battery, delivery of methamphetamine, possession with intent to delivery methamphetamine, and second degree domestic battery. None of these convictions fall under the "residual clause" found unconstitutional in *Johnson*. Even assuming *Johnson* applies retroactively (which the United States Supreme Court has not decided), defendant's sentence is unaffected by its ruling.

IT IS SO ORDERED this 7th day of March 2016.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE