IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**             **PLAINTIFF**

**v.**          **CASE NO. 4:08-CR-00330-BSM-01**

**DONALD BRATTON, JR.**             **DEFENDANT**

## ORDER

Donald Bratton, Jr.'s motion to reduce sentence and appoint counsel [Doc. No. 68] is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not reduce his sentencing range. *See* U.S.S.G. § 1B1.10(a)(2). Bratton's status as an Armed Career Criminal keeps his criminal history category at level VI. Bratton's request for appointment of counsel is denied because there is no right to appointed counsel in sentence modification proceedings. *United States v. Harris*, 568 F.3d 666, 669 (8th Cir. 2009) (per curiam).

IT IS SO ORDERED this 1st day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE